UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

-v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, LISETTE OLIVO, and JOHN WERNER,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 11, 2022, pro se Plaintiff Elsie Nnebe commenced this action against the City of New York (the "City"), the City Department of Education ("DOE"), and DOE employees Reida Bary-Grant and Lisette Olivo (together, the "City Defendants") and her former union representative John Werner ("Werner"), asserting claims of employment discrimination. (ECF No. 1). On June 13, 2022, the Honorable Valerie E. Caproni referred the parties for mediation through the Court's Mediation Program. (ECF No. 13).

On July 12, 2022, Werner filed a motion to dismiss all claims asserted against him. (ECF No. 25 ("Werner's Motion")). On July 18, 2022, Judge Caproni referred this case to the undersigned for general pretrial supervision and dispositive motions. (ECF No. 27). On August 17, 2022, the City Defendants' filed a motion to dismiss all claims asserted against them. (ECF No. 32 (the "City's Motion")).

Pursuant to the Court's Local Rules, Ms. Nnebe's oppositions to Wener's Motion and the City's Motion were due by July 26, 2022 and August 31, 2022, respectively. To date, however,

Ms. Nnebe has not filed an opposition to either motion or requested an extension of time to do so. In addition, there is no indication on the docket that the parties have pursued mediation.

Accordingly, the Court orders as follows:

1. The parties shall promptly meet and confer and, by **September 16, 2022**, file a joint letter regarding their intent to pursue mediation; and

2. In light of Ms. Nnebe's pro se status, the Court will afford her a final opportunity to oppose the motions. Ms. Nnebe shall serve and file her opposition(s) to Werner's Motion and the City's Motion by **October 3, 2022**. Defendants may file a reply within seven (7) days of receipt of Ms. Nnebe's opposition(s). Ms. Nnebe is warned that that failure to respond will result in the Court ruling on the motions based on Defendants' submissions alone and may result in dismissal of this action with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below.

Dated:    New York, New York
          September 2, 2022

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

Mail to:

Elsie Nnebe
205-41 100th Ave.
Hollis, NY 11423