UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

-v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, LISETTE OLIVO, and JOHN WERNER,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 30, 2023, pro se Plaintiff Elsie Nnebe ("Ms. Nnebe") commenced this action against the City of New York (the "City"), the City Department of Education ("DOE"), and DOE employees Reida Bary-Grant and Lisette Olivo (together, the "City Defendants") and her former union representative John Werner ("Werner"), asserting claims of employment discrimination. (ECF No. 1). On July 12, 2022, Werner filed a motion to dismiss all claims asserted against him. (ECF No. 25 ("Werner's Motion")). On July 18, 2022, the Honorable Valerie E. Caproni referred this case to the undersigned for general pretrial supervision and dispositive motions. (ECF No. 27). On August 17, 2022, the City Defendants filed a motion to dismiss all claims asserted against them. (ECF No. 32 (the "City's Motion," with Werner's Motion, the "Motions")).

On January 30, 2023, the Court issued a Report and Recommendation recommending that the Motions be granted in part and dismissed in part, and that Ms. Nnebe be granted leave to amend certain claims. (ECF No. 39 (the "R&R")). On February 17, 2023, Judge Caproni adopted the R&R in full, and directed Ms. Nnebe to file her amended complaint by no later than

Friday, March 17, 2023. (ECF No. 43 at 5). On March 17, 2023, Ms. Nnebe timely filed her amended complaint. (ECF No. 44 (the "Amended Complaint")). Accordingly, by **Friday, April 7, 2023**, Defendants shall answer, move, or otherwise respond to the Amended Complaint.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Nnebe at the address below.

Dated:  New York, New York
        March 21, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

Mail To:    Elsie Nnebe
            205-41 100th Ave.
            Hollis, NY 11423

2