UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

-v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, LISETTE OLIVO, and JOHN WERNER,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiff Elsie Nnebe's ("Ms. Nnebe") request (ECF No. 52) for an extension of time to oppose the City Defendants' motion to dismiss her Amended Complaint (ECF No. 48 (the "Motion")) is GRANTED, and the Court orders as follows:

1. By **June 5, 2023**, Ms. Nnebe shall file her opposition to the Motion.

2. By **June 19, 2023**, the City Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Nnebe.

Dated:    New York, New York
            April 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**