UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

-v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, LISETTE OLIVO, and JOHN WERNER,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 17, 2023, pro se Plaintiff Elsie Nnebe ("Ms. Nnebe") filed an amended complaint. (ECF No. 44 (the "Amended Complaint")). On April 7, 2023, Defendants the City of New York, the New York City Department of Education, Reida Barry-Grant, and Lisette Olivo (together, the "City Defendants") filed a motion to dismiss the Amended Complaint. (ECF No. 48 (the "City Defendants' Motion")). On April 20, 2023, the Court extended until June 5, 2023 Ms. Nnebe's deadline to file her opposition to the City Defendants' Motion. (ECF No. 53). On April 27, 2023, Defendant John Werner filed a motion to dismiss the Amended Complaint. (ECF No. 54 ("Werner's Motion")). Pursuant to the Court's Local Rules, Ms. Nnebe's opposition to Werner's Motion would be due by May 11, 2023. See S.D.N.Y. Loc. R. 6.1(b).

For efficiency and to conserve resources, the Court sua sponte extends Ms. Nnebe's deadline to oppose Werner's Motion, and orders as follows:

1. By **June 5, 2023**, Ms. Nnebe shall file a single opposition to the City Defendants' Motion and Werner's Motion.

2. By **June 19, 2023**, the City Defendants and Werner shall file their replies, if any.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Nnebe.

Dated: New York, New York
April 28, 2023

SO ORDERED.

*[signature]*

SARAH L. CAVE
**United States Magistrate Judge**