UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSIE NNEBE,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

<u>Order</u>

---

**SARAH L. CAVE,** United States Magistrate Judge.

On March 29, 2024, the Court entered the Initial Case Management Plan (the "ICMP"), and directed Defendants to serve a copy of the ICMP on <u>pro se</u> Plaintiff Elsie Nnebe ("Ms. Nnebe") and file proof of service on the docket by April 3, 2024. (ECF No. 76 at 2). Defendants failed, however, to file proof of service by the Court-ordered deadline. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs Defendants to file proof of service of the ICMP by **April 10, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:     New York, New York
             April 8, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**