UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSIE NNEBE,<br><br>                    Plaintiff,<br><br>     -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,<br><br>                    Defendants. | CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 16, 2024 (the "Conference"), the Court orders as follows:

1. At the Conference, pro se Plaintiff Elsie Nnebe confirmed that she is seeking damages for emotional distress, not for any alleged physical injuries, arising from the allegations in the Amended Complaint, and Defendants agreed to revise their discovery requests accordingly.

2. A telephone conference is scheduled for **Wednesday, June 26, 2024 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:     New York, New York
           May 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2