UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 26, 2024 (the "Conference"), the Court orders as follows:

1. At the Conference, pro se Plaintiff Elsie Nnebe ("Ms. Nnebe") confirmed that she intends to notice the depositions of one or more of the Defendants. Accordingly, the deadline to complete depositions is EXTENDED to **August 29, 2024**. All other terms of the March 29, 2024 Initial Case Management Plan (ECF No. 76) REMAIN IN EFFECT.

2. At the Conference, Ms. Nnebe requested the appointment of pro bono counsel for the purpose of settlement, in connection with an anticipated settlement conference before the undersigned in late October 2024, following the close of discovery. By separate order, the Court will direct the Clerk of Court to attempt to locate pro bono counsel.

3. At the Conference, Ms. Nnebe described certain follow-up discovery requests about which parties will confer and for which Ms. Nnebe will serve written requests, to the extent they seek documents not encompassed in her prior written requests.

4. A telephone conference is scheduled for **Monday, August 5, 2024 at 11:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be prepared to discuss the status of discovery and their availability for a settlement conference.

5. By **July 3, 2024**, Defendants shall order a transcript of the Conference and select the 7-day option for service.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
          June 26, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2