UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                    Plaintiff,

-v-                                    CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,    **ORDER**
REIDA BARRY-GRANT, and LISETTE OLIVO,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 5, 2024, the Court orders as follows:

1. By **August 19, 2024**, (i) Defendants shall serve their written responses to pro se Plaintiff Elsie Nnebe's discovery requests and (ii) Ms. Nnebe shall serve her written responses to Defendants' discovery requests.

2. The parties shall promptly meet and confer regarding (i) the search terms to be applied to Defendants' search for emails responsive to Ms. Nnebe's discovery requests, (ii) dates for the depositions of Ms. Nnebe and Defendant Lisette Olivo, and (iii) a proposed amended schedule for the completion of all remaining discovery.

3. A telephone conference is scheduled for **Wednesday, September 4, 2024 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: New York, New York
August 5, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge