UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 4, 2024, the Court orders as follows:

1. Defendants' request to extend the discovery deadline is **GRANTED**, and all discovery shall be completed by **October 29, 2024**.

2. A telephone conference is scheduled for **Thursday, October 3, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
              September 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**