UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                    Plaintiff,

  -v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, LISETTE OLIVO, and JOHN WERNER,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court welcomes pro bono counsel, Ms. Rebekah Diller, Esq., who has agreed to represent Plaintiff Ms. Elsie Nnebe for settlement purposes only (see ECF No. 85) and invites Ms. Diller to attend the telephone conference set for October 3, 2024, at 11:00 a.m. (see ECF No. 87), for purposes of discussing scheduling a settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Nnebe at the address below.

Dated:       New York, New York
             September 5, 2024

                                      SO ORDERED.

                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**

Mail To:    Elsie Nnebe
              205-41 100th Ave.
              Hollis, NY 11423