# CARDOZO LAW
BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

BET TZEDEK LEGAL SERVICES

**Rebekah Diller**
*Clinical Professor of Law*
*Co-Director*

Tel.: (646) 592-6570
Fax: (212) 790-0256
Email: Rebekah.Diller@yu.edu

September 19, 2024

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court – Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Nnebe v. New York City Dept. of Educ. et al.*, Docket No.: 22-vc-03860 (VEC)(SLC)

Dear Judge Cave:

I am representing the Plaintiff, Elsie Nnebe, for the limited purposes of settlement in the above-referenced matter. I am unable to appear at the telephonic conference scheduled for October 3, 2024, at 11:00 am due to a conflicting religious holiday and respectfully request an adjournment.

There have been no previous requests for an adjournment of this conference. Defendants' counsel has consented to this request. Ms. Nnebe has also contested to this request. All counsel and Ms. Nnebe are available for the telephonic conference on the following dates: October 2nd (before 12:30pm), October 7th (before 12:30pm), October 9th (before 12:30pm), and October 10th (before 12:30pm). I thank the Court for its consideration of this request.

---

Plaintiff's request at ECF No. 89 is **GRANTED**. The telephone conference set for October 3, 2024, at 11:00 a.m. is **ADJOURNED** to **Wednesday, October 9, 2024, at 10:00 a.m.** on the Court's conference line.

The Clerk of Court is respectfully directed to close ECF No. 89.

SO ORDERED.   September 20, 2024

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

Respectfully,

/s/ *Rebekah Diller*

Rebekah Diller, Esq.

cc:
Dominique Anglade, Defendants' counsel (by ECF)

Elsie Nnebe, Plaintiff (by email)
205-41 100th Ave.
Hollis, NY 11423
Eksom123@gmail.com