UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

  -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 9, 2024, it is ORDERED that Defendants' request to extend the discovery deadline is **GRANTED**, and all discovery shall be completed by **November 15, 2024**. On or before **November 22, 2024**, the parties shall file a notice, certifying the completion of fact discovery.

Dated:    New York, New York
           October 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge