UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSIE NNEBE,<br><br>                    Plaintiff,<br><br>    -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,<br><br>                    Defendants. | CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline to complete all discovery was November 15, 2024.  (ECF No. 91).  The parties were directed to file a notice certifying the completion of all discovery by November 22, 2024. (Id.)  The parties did not file a notice.

As a one-time courtesy, the Court sua sponte extends the deadline for the parties to file a notice certifying the completion of all discovery up to and including **November 26, 2024**.

Dated:    New York, New York
          November 25, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**