UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSIE NNEBE,<br><br>                    Plaintiff,<br><br>     -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,<br><br>                    Defendants. | CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline to complete all discovery was November 15, 2024. (ECF No. 91). The Court received Plaintiff's submission concerning her challenges to discovery (ECF Nos. 94–96) and Defendants' request to adjourn the settlement conference in this case (ECF No. 97).

Defendants' request to adjourn the settlement conference (ECF No. 97) is **GRANTED**. The settlement conference currently scheduled for December 3, 2024 at 2:15 p.m. (ECF No. 92) is **CANCELLED**.

A telephone conference to discuss Plaintiff's discovery submissions (ECF Nos. 94–96) and the status of the case is scheduled for **December 3, 2024 at 2:15 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 662373809#, at the scheduled time. The Court requests that Defendants make a reasonable effort to inform Plaintiff of this short notice change to the schedule.

The Clerk of Court is respectfully directed to close ECF No. 97.

Dated: New York, New York
December 2, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**