UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 3, 2024, it is ORDERED as follows:

1. The deadline to complete all fact discovery is **EXTENDED** up to **12:00 p.m. on December 16, 2024. No further extensions to the discovery deadline will be granted.** The parties have ignored court orders and deadlines, and they have failed to proactively communicate with the Court. They are **warned** that any further failure to comply with the Court's orders may result in sanctions against the offending party.

2. Defendants' responses and objections to Plaintiff's first set of interrogatories (see ECF Nos. 94; 95) are deemed sufficient.

3. On or before **December 6, 2024**, Defendants shall deliver their responses and disclosures to Plaintiff's second and third sets of interrogatories and requests for documents. If Plaintiff concludes that Defendants' responses and disclosures are deficient, she may file a letter on the docket, attaching the second and third requests and interrogatories together with Defendants' responses and objections to the same, by **December 13, 2024**.

4. On **December 11, 2024**, Defendant shall depose Plaintiff Elise Nnebe by video.

5. On **December 12, 2024**, Plaintiff shall depose Defendant Lisette Olivo by video. Ms. Nnebe is reminded that she is responsible for arranging both the video link for the deposition and the participation of a stenographer to transcribe the deposition.

6. A telephone conference to discuss the completion of discovery is scheduled for **December 16, 2024 at 12:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 274 448 484#, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
          December 3, 2024

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**