UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                Plaintiff,

   -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

                Defendants.

CIVIL ACTION NO. 22 Civ. 3860 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 16, 2024, it is ORDERED as follows:

1. Defendants shall review their records to determine whether the two teachers mentioned during Defendant Lisette Olivio's deposition, Mr. D'Rosario and Mr. Hodgkinson, were investigated for misconduct and, if so, the nature of the alleged misconduct and whether Section 3020-a proceedings were initiated against them (the "Records Review").

2. On or before **January 6, 2025**, Defendants shall file a letter setting forth (i) the status of the Records Review, (ii) whether they intend to move for summary judgment, and (iii) whether they are willing to participate in a settlement conference before any summary judgment briefing.

3. On or before **January 6, 2025**, Plaintiff Elsie Nnebe shall review Federal Rule of Civil Procedure 26(a)(2) and file a letter setting forth whether she intends to proffer expert discovery. Ms. Nnebe is reminded that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a

private organization called the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.

4. Pursuant to the Court's Order (ECF No. 99 at 1), Ms. Nnebe submitted Defendants' responses to her second and third sets of interrogatories and requests for documents because she contends that some of Defendants' responses are insufficient, although they have not yet been docketed. Once they have been docketed, the Court will review them and issue a written order in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: New York, New York
December 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge