

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE ANGLADE**
Labor & Employment Law Division
(212) 356-2432
danglade@law.nyc.gov

> Defendants' request at ECF No. 109 is **GRANTED,** and their proposed modified summary judgment briefing schedule is **ADOPTED.**
>
> The Clerk of Court is respectfully directed to close ECF No. 109.
>
> SO ORDERED.   March 31, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

March 28, 2025

Hon. Sarah L. Cave (Via ECF)
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re:  <u>Nnebe v. New York City Dept. of Educ. et al.</u>
            Docket No. 22-CV-03860 (VEC) (SLC)

Dear Judge Cave:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and counsel for Defendants in the above-referenced action. Defendants write, without Plaintiff's consent, to request a revised briefing schedule for Defendants' motion for summary judgment. This is Defendants' first request for extension of time for Defendants to file their motion for summary judgment. The extension of time is necessary due to the undersigned's other case obligations. The granting of the extension request would permit the Defendants time to confer, review, and finalize documents to be submitted in support of Defendants' motion for summary judgment. Earlier today, the undersigned called and emailed Plaintiff to request her consent to Defendants' extension request and to seek her input and consent concerning a proposed revised briefing schedule. I am waiting for her response.

      In accordance with this request, Defendants seek to modify the current briefing schedule, (<u>see</u> ECF Dkt. No. 108, Memo Endorsement, dated January 21, 2025, re: Letter ECF Dkt. No. 107), as follows:

- Defendants' time to file and serve their summary judgment motion be extended from March 31, 2025, to April 30, 2025;

- Plaintiffs' time to file and serve her opposition be extended from April 28, 2025, to May 28, 2025;

- Defendants' time to file and serve their reply be extended from May 19, 2025 to June 18, 2025.

Thank you for your consideration of this request.

                    Respectfully submitted,

                    */s/ Dominique Anglade*
                    Dominique Anglade
                    Assistant Corporation Counsel

Cc:     Elsie Nnebe (by email and first class mail)
        Plaintiff Pro Se
        205-41 100th Ave.
        Hollis, NY 11423
        (917) 239-8969
        [email address]