UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/24/2026___

ELSIE NNEBE,

                    Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, REIDA
BARRY-GRANT, PRINCIPAL, LISETTE
OLIVO, ASSISTANT PRINCIPAL, and JOHN
WERNER, FORMER UNION REP.,

                    Defendants.

22-CV-3860 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 26, 2026, the Court directed that Plaintiff, proceeding *pro se*, notify the Court whether she would like the Court to attempt to locate her pro bono counsel in advance of the trial in this case scheduled to begin on June 15, 2026, *see* Dkt. 132 at 19; *see also* Dkt. 136;

        WHEREAS on April 1, 2026, Plaintiff filed a letter "formally request[ing] assistance in locating pro bono counsel to represent [her] during" trial, *see* Dkt. 133;

        WHEREAS on April 3, 2026, in order to move forward with Plaintiff's request that the Court assist her in locating pro bono counsel, the Court instructed Plaintiff to submit an application to proceed *in forma pauperis*, *see* Dkt. 134; and

        WHEREAS on April 10, 2026, Plaintiff filed an application to proceed *in forma pauperis*, *see* Dkt. 139 (the "IFP Application");

        IT IS HEREBY ORDERED that Plaintiff's IFP Application, Dkt. 139, is DENIED.  The Court's review of the IFP application indicates that Plaintiff does not qualify as indigent. Because the *in forma pauperis* statute provides only that courts "may request an attorney to

represent [] person[s] unable to afford counsel," the Court is not positioned to assist Plaintiff in soliciting an attorney to voluntarily represent her in this case. 28 U.S.C. § 1915(e)(1). The Court nonetheless encourages Plaintiff to seek out and retain trial counsel sufficiently in advance of June 15, 2026.

SO ORDERED.

Dated:   April 24, 2026
         New York, New York

_____
Valerie Caproni
United States District Judge