

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/2026___

**MEMO ENDORSED**

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DOMINIQUE ANGLADE**
*Assistant Corporation Counsel*
(212) 356-2432
danglade@law.nyc.gov

April 28, 2026

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Nnebe v. New York City Dept. of Education, et al.
     No. 22-CV-03860 (VEC) (SLC)

Dear Judge Caproni:

I am the Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and I represent defendants New York City Department of Education, Relda Barry Grant, and Lisette Olivo in the above-referenced matter.  I write, on behalf of Defendants, to 1) request an adjournment of the trial which is currently scheduled to start on June 15th, and 2) request a one week extension of time from May 1 to May 8th for Defendants to file their motions in limine.  Defendants informed Plaintiff Pro Se of these requests, and she consents to Defendants' requests.  This is Defendants' first request for an adjournment of the trial date and first request for an extension of time to file their motions in limine.

Defendants request that the trial be adjourned to June 30, or in the alternative, on July 6, 2026.[1]  Defendant Olivo gave birth to a child in March and is currently on maternity leave until June 3, 2026, and Defendants' counsel needs adequate time to prepare her for trial. Additionally, between June 3rd and June 26, the last day of school, both Defendants Olivo and Barry-Grant will both be heavily engaged in end of the school year obligations at their respective schools where they both serve as principals and would be unable to appear in Court every day of the trial.  Their absence from Court will be prejudicial to Defendants, as the jury may perceive that the named defendants do not have a vested interest in the result of this case.  Finally, the

---

[1] Defendants are available to start trial on June 29th; however, Plaintiff Pro Se informed the undersigned counsel that she is not available on June 29; but, will be available on June 30th.

undersigned's supervisor, who is responsible for the trials in our unit, will be on a preplanned vacation out of the country from June 10 to June 23, 2026.[2]

   Defendants also request additional time to submit their motions in limine because Defendants do not know what evidence Plaintiff intends to rely on and what witnesses she intends to call.  Defendants need this information before they can submit all of the anticipated motions in limine.  Defendants have scheduled a call with Plaintiff on Thursday, April 30th to discuss the witnesses she intends to call in support of her claims and documents she intends to rely on at trial.

   Defendants thank the Court for its consideration of these requests and attention to this matter.

         Respectfully submitted,

         */s/ Dominique Anglade*
         Dominique Anglade
         Assistant Corporation Counsel

cc:  Elsie Nnebe (via email)
   Plaintiff Pro Se

---

Application GRANTED.  The trial in this matter scheduled to begin on Monday, June 15, 2026, is hereby ADJOURNED to **Monday, July 6, 2026, at 1:30 P.M.**  The Final Pretrial Conference ("FPTC") is ADJOURNED from Thursday, June 11, 2026, to **Tuesday, June 30, 2026, at 2:00 P.M.** The trial and FPTC will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The parties' deadline to submit a joint pretrial order is ADJOURNED from Thursday, May 21, 2026, to **Thursday, June 11, 2026**.  The parties' deadline to submit motions *in limine* is ADJOURNED from Friday, May 1, 2026, to **Friday, May 8, 2026**.  Responses to the motions in limine are due not later than **Friday, May 22, 2026**.

SO ORDERED.

4/29/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[2] Defendant Olivio will be out of town during the week of July 13, 2026, due to a family member undergoing major surgery.

2