UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                       Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, REIDA
BARRY-GRANT, PRINCIPAL, LISETTE
OLIVO, ASSISTANT PRINCIPAL, and JOHN
WERNER, FORMER UNION REP.,

                      Defendants.

22-CV-3860 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Defendants may reply to Nnebe's Opposition to the

Motions *in Limine*, Dkt. 148, not later than **Friday, June 5, 2026**.

**SO ORDERED.**

**Date:  May 27, 2026**
     **New York, NY**

_____
             **VALERIE CAPRONI**
         **United States District Judge**