UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                    Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, REIDA
BARRY-GRANT, PRINCIPAL, LISETTE
OLIVO, ASSISTANT PRINCIPAL, and JOHN
WERNER, FORMER UNION REP.,

                    Defendants.

22-CV-3860 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that the parties must bring copies of the exhibits they intend

to introduce at trial to the final pretrial conference on June 30, 2026.


**SO ORDERED.**

**Date:  June 25, 2026**
        **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**