UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIE NNEBE,

                    Plaintiff,

          -against-

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, REIDA
BARRY-GRANT, PRINCIPAL, LISETTE
OLIVO, ASSISTANT PRINCIPAL, and JOHN
WERNER, FORMER UNION REP.,

                    Defendants.

22-CV-3860 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 30, 2026, the parties appeared for a final pretrial conference.

IT IS HEREBY ORDERED that the motions *in limine* are GRANTED IN PART and DENIED IN PART, in the manner set forth orally at the conference. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 145.

IT IS FURTHER ORDERED that the parties must send electronic copies of every exhibit they intend to produce at trial via email to the opposing parties and to CaproniNYSDchambers@nysd.uscourts.gov not later than **Thursday, July 2, 2026, at 12:00 P.M. Any exhibits not sent by that time will not be admitted at trial**. The exhibits must be labeled in the manner described at the final pretrial conference (*i.e.*, Defendants' exhibits must be labeled D-1, D-2, D-3, and so on; Plaintiff's exhibits must be labeled P-1, P-2, P-3, and so on).

**SO ORDERED.**

**Date:  June 30, 2026
      New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**