**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ELSIE NNEBE,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, REIDA BARRY-GRANT, and LISETTE OLIVO,

Defendants.

--------------------------------------------------------------X

22 **CIVIL** 3860 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Valerie E. Caproni, United States District Judge, the jury having returned a verdict in favor of Defendants as to all claims, and the Complaint is hereby dismissed.

**DATED:** New York, New York
July 9, 2026

TAMMI M. HELLWIG

Clerk of Court

**So Ordered:**

U.S.D.J.

BY:

Deputy Clerk